```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                         WESTERN DIVISION
```

UNITED HEALTHCARE INSURANCE COMPANY,

    Plaintiff,

VS.                                      NO. 06-2688-MaP

PATRICIA H. VEACH, AND
NAOMI KAY SESSUM,

    Defendants.

## ORDER TO SHOW CAUSE

Before the court is the March 26, 2007, motion for default judgment filed in this matter by defendant Naomi Kay Sessum for judgment in her favor directing the court to disburse insurance proceeds for her benefit by plaintiff. Co-defendant Patricia H. Veach was duly served in this matter on February 7, 2007, and has not answered or otherwise made an appearance in this matter.

Plaintiff United Healthcare Insurance Company, and defendant Patricia H. Veach are directed to show cause within eleven (11) days of the entry of this order, why the motion for default judgment by Naomi Kay Sessum should not be granted. Failure to show cause may result in the granting of defendant's motion and

the dismissal of this case.

    It is so ORDERED this 29TH day of March, 2007.


                                            s/ Samuel H. Mays, Jr.
                                        UNITED STATES DISTRICT JUDGE

06-2688.MotDJ.wpd