```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

UNITED HEALTHCARE INSURANCE
COMPANY,

    Plaintiff,

VS.                                          NO. 06-2688-MaP

PATRICIA H. VEACH and
NAOMI KAY SESSUM,

    Defendants.

### ORDER DENYING MOTION FOR DEFAULT JUDGMENT

Before the court is defendant Naomi Kay Sessum's March 26, 2007, motion for default judgment. The court finds that the motion is not well taken and the motion is DENIED.

It is so ORDERED this 26th day of June, 2007.

                                                s/ Samuel H. Mays, Jr.
                                                UNITED STATES DISTRICT JUDGE

06-2688.Deny.wpd