# Result #1: Tennessee Acts - CHAPTER NO. 280 OF THE PUBLIC ACTS OF 2001
## Page 1 of 2

**Tennessee Acts**

CHAPTER NO. 280 OF THE PUBLIC ACTS OF 2001

ROUSE BILL NO. 113€

   By Representative McMillan

   Substituted for: Senate Bill No. 539

   By Senator Cohen

AN ACT to amend Tennessee Code Annotated, Section **36-4-106,** relative to contents of petition for divorce and legal
   separation.

BE IT ENACTED BY THE GENERAL ASSEMBLY OF THE STATE OF TENNESSEE:

   SECTION 1. Tennessee Code Annotated, Section **36-4-106,** is amended by adding the following as a new subsection (d)

   (d) Upon the filing of a petition for divorce or legal separation except on the sole ground of irreconcilable differences and upon personal service of the complaint and summons on the respondent or upon waiver and acceptance of service by the respondent, the following temporary injunctions shall be in effect against both parties until the final decree of divorce or order of legal separation is entered, the petition is dismissed, the parties reach agreement or until the court modifies or dissolves the injunction, written notice of which shall be served with the complaint:

   (1) (A) An injunction restraining and enjoining both parties from transferring, assigning, borrowing against, concealing or in any way dissipating or disposing, without the consent of the other party or an order of the court, of any marital property. Nothing herein is intended to preclude either of the parties from seeking broader injunctive relief from the court.

   (B) Expenditures from current income to maintain the marital standard of living and the usual and ordinary costs of operating a business are not restricted by this injunction. Each party shall maintain records of all expenditures, copies of which shall be available to the other party upon request.

   (2) An injunction restraining and enjoining both parties from voluntarily canceling, modifying, terminating, assigning or allowing to lapse for nonpayment of premiums, any insurance policy, including but not limited to life, health, disability, homeowners, renters and automobile, where such insurance policy provides coverage to either of the parties or the children, or that names either of the parties or the children as beneficiaries without the consent of the other party or an order of the court. "Modifying" includes any change In beneficiary status.

   (3) An injunction restraining both parties from harassing, threatening, assaulting or abusing the other and from making disparaging remarks about the other to or **in** the presence of any children of the parties or to either party's employer.

http://www.loislaw.com!pns/docview.htp?query%28%28modifying
+incltides+any+chaflg... 7/25/2007

Result #1: Tennessee Acts .CHAPTER **NO. 280 OF THE PUBLIC ACTS OF 2001**
**Page 2 of 2**

   (4) An injunction restraining both parties from relocating any children of the parties outside the state of Tennessee, or more than one hundred (100) miles from the marital home, without the permission of the other party or an order of the court, except in the case of a removal based upon a well-founded fear of physical abuse against either the fleeing parent or the child. In such cases, upon request of the nonrelocating parent, the court will conduct an expedited hearing, by phone conference if appropriate, to determine the reasonableness of the relocation and to make such other orders as appropriate.

   (5) The provisions of these injunctions shall be attached to the summons and the complaint and shall be served with the complaint. The injunctions shall become an order of the court upon fulfillment of the requirements of subsection (d) of this act. However, nothing in this subsection shall preclude either party from applying to the court for further temporary orders, an expanded temporary injunction or modification or revocation of this temporary injunction.

   SECTION 2. This act shall take effect upon becoming a law, the public welfare requiring it.

PASSED May 16, 2001

Effective this 22nd day of May 2001

**Copyright** © 2007 **Loislaw.com, Inc. All Rights Reserved**

http://www.Ioislaw.com/pns/docview.htp?query%28%28modif~'thg+includes+any+chang... *7/25/2007*