Report Selection Criteria

Case ID: CT-000765-05
Docket Start Date:
Docket Ending Date:

Case_Description

Case ID: CT-000765-05 PATRICIA VEACH VS EUGENE VEACH *-NON JURY-*
Filing Date: Thursday, February 10th, 2005
Type: Dy-DIVORCE
Status: BMCS ORD ON PET TO MODIFY CS

Related_Cases

*No related oases were found.*

Case Event Schedule

| Event | DatelTime | Room | Location | Judge |
|---|---|---|---|---|
| HEARING | | CIRCUIT COURT | CIRCUIT COURT DIVISION SIX | STOKES, JERRY |
| MOTION | | CIRCUIT COURT | CIRCUIT COURT DIVISION SIX | STOKES, JERRY |

Case Parties

| Seq # | Assoc | Expn Date | Type | [ID | Name |
|---|---|---|---|---|---|
| | 1 | 27-APR-2005 | JUDGE | SOCA | BROWN, HONORABLE GEORGE |
| | Address: | DIVISION 6<br>ROOM 214<br>MEMPHIS TN 38103<br>(901)545-4022 | Aliases: | *none* | |

| | 2 | 10-FED-<br>2005 | DIVISION | DIVI DIVISION ONE |
|---|---|---|---|---|
| | [Address: | *unavailable* | Aliases: | *none* |

| 3 | | PLAINTIFF | @109661 VEACH, PATRICIA HERNDON |
|---|---|---|---|
| Address: | 6534 SAGINAW RD<br>BARTLETT TN<br>38134 | Aliases: | *none* |

*4*

Address:

PLAINTIFF'S ATTORNEY

Aliases:

44 NORTH SECOND ST
SUITE 401
MEMPHIS TN
38103

9221 MCCULLOUGH, BARBARA

*none*
*7*

~|

5724 GREEN VALLEY DRIVE
MEMPHSI TN
36135

01-MAY-2006

262 GERMAN OAK

DR
MEMPHIS
TN
38018
DIVISION 6
ROOM 214
MEMPHIS
TN
38103

DEFENDANT
Aliases:
DEFENDANT'S
ATTORNEY
Aliases:
JUDGE
Aliases:

DIV6 DIVISION SIX

*none*
5
Address:

@109662~VEACH JR, EUGENE M

*none*
Address:

13058 SOSSAMAN, DENNIS J

*none*
8
Address:

3OCT STOKES, HONORABLE JERRY

*none*
10
Address:
*unavailable*
DIVISION
Aliases:

II II II II II

WiTNESS

@129957 SESSUM, NAOMI KAYE

| Address: | *unavailable* | j Aliases: | *none* |
|---|---|---|---|

12
Address:
11
ATTORNEY
Aliases:

J

)ocket Entries

1850
POPLAR
CREST COVE
SUITE 200
MEMPHIS
TN
38119

24657 PERKINS, TIMOTHY A

*none*

Filing Date
Entry:
• Description

• PAYMENT RECEIVED

; Name

E

E

It

1 0-FEB-2005
01:05 AM

Entry:
Entry:
Entry:
Entry:

COMPLAINT FILED
*none.*

I 0-FEB-2005 12:58 PM

1 0-FEB-2005
12:58 PM
I 0-FEB-2005
12:58 PM

1 0-FEB-2005
12:58 PM

DIVORCE REFEREE

SUMONS ISSD TO MISC
JACKET LABEL PRINTED

A Payment of -$253.50 was made on re ceipt CTCT1 19279.

Monetary
*none.*

EUGENE M VEACH JR . PPS WI AUTO INJ

Docket entry for the letter produced from CDADOCT on 1 0-FEB-2005 by SMITHS.

11
12

10-FEB-2005 :01:05 PM CASH BOND POSTED

| Entry: | *none.* |
|---|---|

12-FEB-2005
01:49 PM

Entry:
CASE AT ISSUE
*none.*

1 7-FEB-2005
11:26AM

Entry:
PETITION MISC . T
J
AND ANSWER TO COMPT FOR DIVORCE
PAYMENT RECEIVED
SOSSAMAN, DENNIS
~J

A Payment of -$75.00 was made on receipt CTCT1 19974.

1 6-FEB-2005

01:48 PM

Entry:

SERVICE COMPLETED

SUMMONS BY PPS ON EUGENE VEA | CH ON 02/1212005

23-FEB-2005
10:00 AM

Entry:

SUBPOENA ISSD TO MISC
BRANDON HERDON-PPS

23-FEB-2005
10:02 AM

Entry:

SUBPOENA ISSD TO MISC
DAVID & SUSAN KYNERD-PPS

23-FEB-2005
10:02 AM

Entry:

SUBPOENA ISSD TO MISC

LAURA SIMPSON-PPS

| 23-FEB-2005 10:08 AM | ANSWER (MISC) T |
|---|---|

SOSSAMAN, DENNIS

1 7-FEB-2005
11:37AM

Entry:

Entry:

PLTF RESP TO PETITION TO RE-ENTER MARTAIL RESIDENCE

| 23-FEB-2005 12:00 PM | SUBPOENA ISSD TO MISC | |
|---|---|---|
| Entry: | ISSD FOR PLTF-PPS | |

SUBPOENA ISSD TO MISC



ISSD FOR PLTF-PPS

SUBPOENA ISSD TO MISC

ISSD FOR PLTF-PPS

04-MAR-2005 01:02 PM

Entry:

ORD OF RECONCILIATION

BY INTERCHANGE JUDGE CHILDERS

MOT FILED

TO REINSTATE COMPLAINT FOR DIVORCE

29-JUL-2005 02:41 PM

Entry:

ORD-T

do dismissing order of reconcilation

09-AUG-2005 09:43 AM

Entry:

MOT FOR PENDENTE LITE SUPP

09/08/0 5

23-FEB-2005 12:01 PM

Entry:

23-FEB-2005 12:01 PM

Entry:

~[

1 8-JUL-2005 08:55 AM

Entry:

09-SEP-2005 08:44 AM



Entry:

CONTINUANCE ON DIVORCE REFEREE

09/15/05

http://gs2 .co.shelby.tn.us :7779/pls/crweb/ck_public_qry_doct.ep_dktrpt_doCket_repOrt?ba...
7/25/2007
- Not an Official Document Page 6 of 11

27-SEP-2005
03:05 PM
ORDON PET TO MODIFY-CS

| Entry: | see order |
|---|---|

1 9-DEC-2005
09:57 AM

NOT GENERATED AND MAILED

Entry:

Docket entry for the letter produced from CDAEVNT on 19-DEC-2005 by HERRINJ.

MOT FILED

BY DEFT TO LIFT MANDATORY INJUNCTION AS TO LIFE INS. BENEFICIARY

1 4-MAR-2006
01:28 PM

Entry:

$CHEDULED IN ERROR

*ls_wa2*

09:33 AM

Entry:

*none.*

27-MAR-2006
12:46 PM

**Entry:**

MISCELLANEOUS NOTICE...T
NOTICE OF DEATH OF DEFT
PETITION MISC T

1~

PLTF'S FOR INJUNCTIVE RELIEF

NOT ISSUED TO MISC

UNITED HEALTHCARE INS CO RTA FOR FED EX DELIVERY

29~MAR~2006

29-MAR-2006 02:37 PM

Entry:

29-MAR-2006

02:39 PM

PAYMENT RECEIVED

Entry:

29-MAR-2006 03:09 PM

A Payment of -$100.00 was made on receipt CTCT1 57801.

Entry:

NOT ISSUED TO MISC

http://gs2 .co. shelby.tn.us :7779/pls/crweb/ck_publie_qry_doct.cpjlktrptdocket_report?ba...

*7/25/2007*

- Not an Official Document Page 7 of 11

03:09 PM

| Entry: | NAOMI KAYE SESSUM PPS |
|---|---|

31 -MAR-2006

03:19 PM

Entry:

SCHEDULED EVENT STRUCK BY

ATTY

*none.*

| 31 -MAR-2006 03:47 PM |
|---|

Entry:
CONTTOADATE-T
*none.*
11-APR-2006
09:34 AM
Entry:
SUBPOENA ISSD TO MISC
FOR PLTF -PPS
SUBPOENA ISSD TO MISC
FOR PLTF -PPS
1 1-APR-2006
09:34 AM
**Entry:**
1 1-APR-2006
09:35 AM
Entry:
SUBPOENA ISSD TO SHRF
FOR PLTF
11 -APR-2006
09:35 AM
Entry:
SUBPOENA ISSD TO SHRF
FOR PLTF

| 1 1-APR-2006 09:35 AM | SUBPOENA ISSD TO SHRF |
|---|---|
| Entry: 1 | FOR PLTF |

| 29-MAR-2006 03:09 PM |
|---|

Entry:
NOT ISSUED TO MISC
GRADY W JONES COMPANY PPS

| I 1-APR-2006 09:35 AM | SUBPOENA ISSD TO SHRF |
|---|---|

| Entry: | FOR PTF |
|---|---|

11 -APR-2006
09:35 AM
**Entry:**
SUBPOENA ISSD TO SHRF
FOR PLTF
1 1-APR-2006
09:35 AM
Entry:
SUBPOENA ISSD TO SHRF

FOR PLTF
11 -APR-
2006
09:35 AM

Entry:
SUBPOENA ISSD TO SI-IRF

1

FOR PLTF

~I

SUBPOENAISSDTOSHRF
FOR PLTF
1 1-APR-2006
09:35 AM
Entry:
SUBPOENA ISSD TO SHRF

FOR PLTF
SUBPOENA ISSD TO SHRF
FOR PLTF
1 1-APR-2006
09:35 AM
**Entry:**
SUBPOENA ISSD TO SHRF

FOR PLTF

11 -APR-2006
PAYMENT RECEIVED

]

11-APR-2006
09:35 AM

Entry:
11 -APR-2006
09:35 AM
Entry:

http://gs2.co.shelby.tn.us:7779/pls/crweb/ck pub1ic_qry_doct.cp~dktrptdocket_report?ba...
7/25/2007
- Not an Official Document Page 9 of 11

09:45 AM
01:42 PM
Entry:
Entry:
Entry:
Entry:
Entry:
02:39 PM
Entry:
Entry:

II

20-AP R-2006

| Entry: | A Payment of -$78.00 was made on receipt CTCT1 59019. |
|---|---|

SERVICE COMPLETED

NOTICE GRADY JONES CO 3-31-06 PPS

| 20-APR-2006 02:13 PM |
|---|

SERVICE COMPLETED
NOTICE NAOMI SESSUM 3-31-06 PPS
01-MAY-2006
03:35 PM
ORD FOR DEFTS ATTY TO WD
*none.*

| 02-MAY-2006 01:51 PM |
|---|

NOT OF APPEARANCE

1

*nona*

| 02-MAY- |
|---|

2006
02:38 PM

F

NOT OF APPEARANCE
*none.*
02-MAY-2006
PERKINS, TIMOTHY
A
MOT TO DISMISS
NAOMI SESSUM'S

1!

03-MAY-
2006
04:15 PM

MISC. DOCKET ENTRY....T

II

PLTF'S MEMORANDUM

| 08-MAY-2006 04:15 PM | ORD OF DISM WITH PREJ |
|---|---|
| Entry: | see order |

http://gs2.co.she1by.tn.us:7779/p1s/crweb/ck_publicwy_doct.cp_dktrptdocket.~ report?ba...
7/25/2007
- Not an Official Document Page 10 of 11

| 23-JUN-2006 11:13AM | MOT FILED |
|---|---|
| Entry: | NAOMI SESSUM'S TO DISBURSE FUNDS |

30-JUN-2006
01:30 PM
Entry:
CONTGEN
*none.*
14-JUL-2006
02:36 PM
Entry:

SCHEDULED EVENT STRUCK BY
ATTY
*none.*
COST BI CREATED

I

ORGINAL COST BILL AMOUNT 420.20, 150.00 IN BOND APPLIED TO BILL LEAVING A BAL OF 270.20
1 0-AUG-2006
01:38 PM
Entry:
BOND REFUND TO FEES

I

*none.*

1 6-AUG-2006 02:00 PM

Entry:
PAYMENT RECEIVED
A Payment of -$270.20 was made on receipt CTCT1 71683.
COST BILL SATISFIED
*none.*

1 6-AUG-2006 02:29 PM

Entry:

H H

1 0-AUG-2006 01:19 PM

Entry:

| 18-AUG-2006 12:02PM | SCHEDULED EVENT STRUCK BY ArrY |
|---|---|
| Entry: j | *none.* |

http://gs2 .co.she1by.tn.us:7779/p1s/crweb/ck_public_qry_doct.cpdktrptjIocke~yeport?ba...

7/25/2007
- Not an Official Document Page 11 of 11

18-AU G-2006
12:02 PM

| 25-AUG-2006 03:04 PM |
|---|

Entry:

F

E

: H- MOTION DENIED

*none.*

29-AUG-2006
03:49 PM

Entry:

F

I

:ORD-T

ORDER DENYING MOTION TO DISBURSE FUNDS SCHEDULED IN ERROR

| Entry: | *none* |
|---|---|

http://gs2.co.shelby.tn.us:7779/pls/crweb/ck_public_qrydoct.cpdktrptdocketreport?ba...
7/25/2007